**FILED**
**NOVEMBER 29, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff**(s): DEBORAH MAPLES, DONNA STONER, LAVONNE PURKEY, GRACE RIVIERA, LOUELLA BYRNES, MICHAEL O'CONNOR, and LOCAL UNION NO. 21 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO | **Defendant**(s): ILLINOIS BELL TELEPHONE COMPANY |
| County of Residence: Cook | County of Residence: Cook |
| Plaintiffs' Atty:　Robert E. Bloch<br><br>Dowd, Bloch & Bennett<br>8 S. Michigan Avenue, 19th Flr,<br>Chicago IL 60603<br>312-372-1361 | Defendant's Atty: |

**07 C 6725**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE NOLAN**

<u>II. Basis of Jurisdiction</u>:　　　　　**3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u>
**(Diversity Cases Only)**

　　　　　　　　　　Plaintiff:-**N/A**

　　　　　　　　　Defendant:-**N/A**

<u>IV. Origin</u> :　　　　　　**1. Original Proceeding**

<u>V. Nature of Suit</u>:　　　　**720 Labor/Mgmt. Relations**

<u>VI.Cause of Action</u>:　　　**Enforcement of employees' FMLA rights pursuant to 29 U.S.C. 2601, 2611 et seq., and action to compel arbitration pursuant to 29 U.S.C. 185 and 9 U.S.C. 1**

<u>VII. Requested in Complaint</u>

　　　　　Class Action:**No**

　　　　　Dollar Demand:

　　　　　Jury Demand:**No**

<u>VIII</u>. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**　/s/Robert E. Bloch

**Date:** November 29, 2007