# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

### SUMMONS IN A CIVIL CASE

DEBORAH MAPLES, DONNA STONER, LAVONNE
PURKEY, GRACE RIVIERA, LOUELLA BYRNES,
MICHAEL O'CONNOR, and LOCAL UNION NO. 21
OF THE INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO,

Plaintiffs,

Docket Number:

Assigned Judge:

# 07 C 6725

**JUDGE CASTILLO**
**MAGISTRATE JUDGE NOLAN**

v.

Designated
Magistrate Judge:

ILLINOIS BELL TELEPHONE COMPANY,

Defendant.

TO:    CT CORPORATION SYSTEM
       208 S. LASALLE ST, SUITE 814
       CHICAGO, IL 60604-1101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

Robert E. Bloch
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon
you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded
in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          Date _____

**Michael W. Dobbins, Clerk**

_Nadine Shirley_

**(By) DEPUTY CLERK**

**November 30, 2007**
**Date**



## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. | DATE: 12·03·07 |
|---|---|
| NAME OF SERVER (PRINT) *CHRISTOPHER M. CANTERO* | TITLE |

*Check one box below to indicate appropriate method of service-*

[✓]    Served personally upon the defendant. Place where served: _208 S LaSalle St. Suite 814_

[_]    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_]    Returned unexecuted: _____

[_]    Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | | SERVICES | TOTAL |
|---|---|---|---|
| | | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12·03·07___
                    Date

_____
Signature of Server

_____
Address of Server