IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MAPLES, ET AL., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07C6725 |
| | ) | |
| ILLINOIS BELL TELEPHONE COMPANY, | ) | Judge Ruben Castillo |
| | ) | |
|     Defendant. | | |

### DEFENDANT'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE ITS ANSWER OR OTHERWISE PLEAD

Defendant ILLINOIS BELL TELEPHONE COMPANY (d/b/a AT&T Illinois), by its attorneys, hereby requests an extension of time to file its answer or other responsive pleading. In support of this motion, Defendant states as follows:

1. Defendant was served with the Summons and Complaint in this case on December 3, 2007.

2. Pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendant's answer or other responsive pleading to the Complaint must be filed by December 24, 2007.

3. Defendant cannot, with due diligence, prepare its responsive pleading by December 24, 2007. This is a multi-plaintiff case and Defendant's counsel requires additional time to investigate all of the allegations and claims contained in the Complaint and to make a determination as to whether there are appropriate grounds to move to dismiss part or all of the Complaint. Because of its counsel's need for additional time,

and the intervening holidays, Defendant requests an additional 30 days, to and including January 23, 2008, in which to file its answer or other responsive pleading.

4.  Plaintiffs' counsel, Attorney Robert Bloch, advised Defendant's counsel, Attorney Laura Lindner, that he has no objection to this motion.

5.  This is the first and only extension of time requested by Defendant.  This motion is made in good faith and not for the purpose of causing delay in this case, which is set for a settlement conference on January 29, 2008.

WHEREFORE, Defendant Illinois Bell Telephone Company requests that the Court grant it an additional 30 days, to and including January 23, 2008, to file its responsive pleading.

Respectfully submitted this 19th day of December, 2007.

ILLINOIS BELL TELEPHONE COMPANY


s/ Laura A. Lindner
  One of Its Attorneys

Laura A. Lindner
C. Ann Martin
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
llindner@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street
Suite 25A
Chicago, IL 60606
(312) 727-3506
stephen.mead@att.com