IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |  | |
|---|---|---|---|
| DEBORAH MAPLES, ET AL., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | | Case No. 07C6725 |
| | ) | | |
| ILLINOIS BELL TELEPHONE COMPANY, | ) | | Judge Ruben Castillo |
| | ) | | |
| Defendant. | ) | | |

TO:   Robert E. Bloch
      Dowd, Bloch & Bennett
      8 S. Michigan Avenue, 19th Floor
      Chicago, IL 60603

PLEASE TAKE NOTICE that on Wednesday, December 26, 2007, at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ruben Castillo, or any judge sitting in his stead, located in Courtroom 2141, United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Defendant's Unopposed Motion for Additional Time to File Its Answer or Otherwise Plead**, a copy of which is attached and hereby served upon you.

December 19, 2007                Respectfully submitted,

                                 ILLINOIS BELL TELEPHONE COMPANY

                                 s/ Laura A. Lindner
                                    One of Its Attorneys

Laura A. Lindner
C. Ann Martin
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
llindner@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street, Suite 25A
Chicago, IL 60606
(312) 727-3506
stephen.mead@att.com