IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MAPLES, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07C6725 |
| | ) | |
| ILLINOIS BELL TELEPHONE COMPANY, | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SEVICE**

I hereby certify that on December 19, 2007 I electronically filed Defendant's Unopposed Motion for Additional Time to File Its Answer or Otherwise Plead with the Clerk of the Court using the ECF system which will send notification of such filing to Attorney Robert Bloch.

December 19, 2007               Respectfully submitted,

                                ILLINOIS BELL TELEPHONE COMPANY

                                s/ Laura A. Lindner
                                   One of Its Attorneys

Laura A. Lindner
C. Ann Martin
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
llindner@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street, Suite 25A
Chicago, IL 60606
(312) 727-3506
stephen.mead@att.com