## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Deborah Maples, et al.
                                    Plaintiff,

v.                                                         Case No.: 1:07−cv−06725
                                                           Honorable Ruben Castillo

Illinois Bell Telephone Company
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, December 20, 2007:

    MINUTE entry before Judge Ruben Castillo :Motion hearing set for 12/26/2007 is vacated. Defendant's unopposed motion for additional time to file its answer or otherwise plead [10] is granted. Defendant to answer or otherwise plead to the complaint on or before 1/23/2008.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.