## CERTIFICATE OF SERVICE

      I, Justin J. Lannoye, hereby certify that I caused a copy of the parties' Joint Status Report to be served on Attorney Laura Lindner by electronically filing the Joint Status Report on January 24, 2008 with the Clerk of the Court using the ECF system which will send notification of such filing to Attorney Lindner.

                                                        Respectfully submitted,

                                                        s/ Justin J. Lannoye
                                                        One of Plaintiffs' Attorneys

Robert E. Bloch
Justin J. Lannoye
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361

\\server2k\efile\IBEW L 21\Maples 07-6725\01.24.08 Filing\IBEW21FMLAJointStatusCertificateofService.wpd