IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH MAPLES, et al.,            )<br>                                                          )<br>    Plaintiffs,                              )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>ILLINOIS BELL TELEPHONE COMPANY,  )<br>                                                          )<br>    Defendant.                            ) | Case No. 07C6725<br><br>Judge Ruben Castillo |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **January 24, 2008**, I electronically filed the parties' Joint Status Report with the Clerk of the Court using the ECF system which will send notification of such filing to Attorney Laura Lindner.

                                                                Respectfully submitted,

                                                                /s/ Justin J. Lannoye
                                                                One of Plaintiffs' Attorneys

Robert E. Bloch
Justin J. Lannoye
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361
\\server2k\efile\IBEW L 21\Maples 07-6725\01.24.08 Filing\IBEW21FMLAJointStatusNoticeofFiling.wpd