IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MAPLES, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07C6725 |
| | ) | |
| ILLINOIS BELL TELEPHONE COMPANY, | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SEVICE

I hereby certify that on January 24, 2008, I electronically filed Jeremiah C. Van Hecke's Attorney Appearance Form using the ECF system which will send notification of such filing to Attorney Robert Bloch.

January 24, 2008          Respectfully submitted,

ILLINOIS BELL TELEPHONE COMPANY

s/ Jeremiah C. Van Hecke
One of Its Attorneys

Jeremiah C. Van Hecke
Laura A. Lindner
C. Ann Martin
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
jvanhecke@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street, Suite 25A
Chicago, IL 60606
(312) 727-3506
stephen.mead@att.com