## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Deborah Maples, et al.

                                Plaintiff,

v.                                                 Case No.: 1:07−cv−06725
                                                   Honorable Ruben Castillo

Illinois Bell Telephone Company

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

    MINUTE entry before Judge Ruben Castillo :Conference held in chambers on 1/29/2008. Defendant is given leave to file a dispositive motion on the threshold issue of FMLA jurisdiction requirements on or before 3/28/2008. The Court will hold a status hearing in open court on 4/10/2008 at 9:00 AM. The parties are free to proceed with any necessary discovery and to continue their settlement discussions.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.