IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MAPLES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07-C-6725 |
| | ) | |
| ILLINOIS BELL TELEPHONE COMPANY, | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | | |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant ILLINOIS BELL TELEPHONE COMPANY (d/b/a AT&T Illinois), by its attorneys and pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, hereby moves for partial summary judgment. In support of this motion, Defendant states as follows:

1. In its January 29, 2008 Order, the Court gave Defendant leave to file a dispositive motion on the threshold issue of whether the Plaintiff Employees can satisfy the threshold eligibility requirement for entitlement to leave under the Family and Medical Leave Act, 29 U.S.C. §§ 2601-2654. (Document #22).

2. Based on the law and undisputed facts, Defendant is entitled to summary judgment on the Plaintiff Employees' claims that they are eligible for FMLA leave.

3. In support of this motion, Defendant has filed a memorandum of law which fully sets forth the bases for its motion, a Statement of Undisputed Facts, and the Declarations of Patti Peterson, Jannine King, and Joseph Atilano.

WHEREFORE, for the foregoing reasons and those set forth in Defendant's supporting memorandum, Defendant requests that the Court enter an order granting it

2

summary judgment on the Plaintiff Employees' claims that they are eligible for FMLA leave.

Respectfully submitted this 28th day of March, 2008.

ILLINOIS BELL TELEPHONE COMPANY

s/ Laura A. Lindner
One of Its Attorneys

Laura A. Lindner
Jeremiah Van Hecke
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
llindner@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street
Suite 25A
Chicago, IL 60606
(312) 727-3506
stephen.mead@att.com