IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MAPLES, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07C6725 |
| | ) | |
| ILLINOIS BELL TELEPHONE COMPANY, | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SEVICE**

I hereby certify that on March 28, 2008 I electronically filed Defendant's Notice of

Motion and Motion for Partial Summary Judgment, Defendant's Memorandum in Support

of its Motion for Summary Judgment and Defendant's Statement of Undisputed Facts in

Support of its Motion for Partial Summary Judgment with the Clerk of the Court using the

ECF system which will send notification of such filing to Attorney Robert Bloch.

March 28, 2008                          Respectfully submitted,

ILLINOIS BELL TELEPHONE COMPANY

s/ Laura A. Lindner
        One of Its Attorneys

Laura A. Lindner
C. Ann Martin
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
llindner@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street, Suite 25A
Chicago, IL 60606
(312) 727-3506
stephen.mead@att.com