## CERTIFICATE OF SERVICE

I, Justin J. Lannoye, hereby certify that I electronically filed Plaintiffs' MOTION TO COMPEL DISCOVERY with the Clerk of the Court on April 7, 2008 using the ECF system which will send notification of such filing to Attorney Laura A. Lindner.

                                                   Respectfully submitted,

                                                    s/ Justin J. Lannoye
                                                    Justin J. Lannoye
                                                    One of Plaintiffs' Attorneys

Robert E. Bloch
Justin J. Lannoye
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361