IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DEBORAH MAPLES, DONNA STONER,** | ) | |
| **LAVONNE PURKEY, GRACE RIVIERA,** | ) | |
| **LOUELLA BYRNES, MICHAEL O'CONNOR,** | ) | |
| **and LOCAL UNION No. 21 OF THE** | ) | No. 07 C 6725 |
| **INTERNATIONAL BROTHERHOOD OF** | ) | |
| **ELECTRICAL WORKERS, AFL-CIO** | ) | |
| | ) | **Judge Castillo** |
| **Plaintiffs,** | ) | **Magistrate Judge Nolan** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ILLINOIS BELL TELEPHONE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF MOTION**

TO:  Laura A. Lindner
    Lindner & Marsack, S.C.
    411 East Wisconsin Avenue, Suite 1800
    Milwaukee, WI 53202

PLEASE TAKE NOTICE that on **April 10, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ruben Castillo in Room 2141, or any judge sitting in his stead, and then and there present the Plaintiffs' MOTION TO COMPEL DISCOVERY, a copy of which is attached and served upon you.

Respectfully submitted,

  s/ Justin J. Lannoye
One of Plaintiffs' Attorneys

Robert E. Bloch
Justin J. Lannoye

Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361

2