## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Deborah Maples, et al.
                              Plaintiff,

v.                                         Case No.: 1:07−cv−06725
                                           Honorable Ruben Castillo

Illinois Bell Telephone Company
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, April 8, 2008:


    MINUTE entry before Judge Honorable Ruben Castillo:The status hearing set for 4/10/2008 will begin at 9:45 AM. The pending motions are entered and continued to 4/10/2008 at 9:45 AM.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.