IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MAPLES, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07C6725 |
| | ) | |
| ILLINOIS BELL TELEPHONE COMPANY, | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SEVICE**

I hereby certify that on April 8, 2008 I electronically filed Defendant's Response to Plaintiffs' Motion to Compel Discovery with the Clerk of the Court using the ECF system which will send notification of such filing to Attorney Robert Bloch.

April 8, 2008                    Respectfully submitted,

ILLINOIS BELL TELEPHONE COMPANY

s/ Laura A. Lindner
One of Its Attorneys

Laura A. Lindner
C. Ann Martin
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
llindner@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street, Suite 25A
Chicago, IL 60606
(312) 727-3506
stephen.mead@att.com