UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Deborah Maples, et al.
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06725
                                                      Honorable Ruben Castillo

Illinois Bell Telephone Company
                              Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 10, 2008:

    MINUTE entry before Judge Honorable Ruben Castillo:Status hearing held on
4/10/2008. Plaintiffs' motion to compel discovery [28] is denied without prejudice to its
potential renewal. Plaintiffs' response to Defendant's motion for partial summary
judgment [23] and cross motion for summary judgment are due on or before 6/30/2008.
Defendant's reply will be due on or before 7/28/2008. The Court will rule by mail.
Plaintiffs' oral motion for leave to file a brief in excess of fifteen pages is granted.Mailed
notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.