IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH MAPLES, DONNA STONER, LAVONNE PURKEY, GRACE RIVERA, LOUELLA BYRNES, MICHAEL O'CONNOR, and LOCAL UNION No. 21 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS BELL TELEPHONE COMPANY,<br><br>Defendant. | No. 07 C 6725<br><br>Judge Castillo<br>Magistrate Judge Nolan |

**MOTION TO AMEND COMPLAINT
AND VOLUNTARILY DISMISS PLAINTIFF LAVONNE PURKEY**

1.  Plaintiff LAVONNE PURKEY, through her attorneys Dowd, Bloch & Bennett, hereby moves this Court to allow her to voluntarily dismiss this action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Ms. Purkey no longer wishes to pursue this action.

2.  Plaintiffs DEBORAH MAPLES, DONNA STONER, GRACE RIVERA, LOUELLA BYRNES, MICHAEL O'CONNOR, and LOCAL UNION No. 21 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO ("Plaintiffs"), through their attorneys Dowd, Bloch & Bennett, hereby move this court for leave to amend the Complaint filed on November 29, 2007 to correct several typographical errors as follows:

    A.   The term "ELECTRIC" in the Complaint's caption should be changed to

"ELECTRICAL," which reflects the correct name of plaintiff Union.

B.      The name "RIVIERA" in the caption should be changed to "RIVERA," which reflects here correct name. All references to "Riviera" in the body of the complaint should be changed to "Rivera."

Respectfully submitted,

  /s/ Robert E. Bloch
Robert E. Bloch
An Attorney for the Plaintiffs

Robert E. Bloch
Justin J. Lannoye
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue - 19th Floor
Chicago, IL 60603
312-372-1361
rebloch@dbb-law.com
jlannoye@dbb-law.com
sjados@dbb-law.com