## CERTIFICATE OF SERVICE

       I, Robert E. Bloch, an attorney, hereby certify that I will cause to be served a copy of this Motion to Amend Complaint and Voluntarily Dismiss Plaintiff Lavonne Purkey pursuant to FRCP 37(a), via electronic filing on the parties listed below who are eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on June 30, 2008 by first class delivery, with proper postage prepaid.

TO:

| | |
|---|---|
| Laura Lindner | Stephen B. Mead |
| Jeremiah Van Hecke | AT&T Legal Department |
| LINDNER & MARSACK, S.C. | 225 W. Randolph Street |
| 411 E. Wisconsin Ave., #1800 | Suite 25A |
| Milwaukee, WI 53202 | Chicago, IL 60606 |
| llindner@lindner-marsack.com | Stephen.mead@att.com |
| Jvanhecke@lindner-marsack.com | |

                                    /s/ Robert E. Bloch
                              One of the attorneys for plaintiffs