**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH MAPLES, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 07C6725** |
| | ) | |
| **v.** | ) | **Judge Ruben Castillo** |
| | ) | **Magistrate Judge Nolan** |
| **ILLINOIS BELL TELEPHONE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | | |

**<u>NOTICE OF MOTION</u>**

To:    Laura Lindner                         Stephen B. Mead
       Jeremiah Van Hecke               AT&T Legal Department
       LINDNER & MARSACK, S.C.   225 W. Randolph Street
       411 E. Wisconsin Ave., #1800     Suite 25A
       Milwaukee, WI 53202              Chicago, IL 60606
       llindner@lindner-marsack.com    stephen.mead@att.com
       jvanhecke@lindner-marsack.com

PLEASE TAKE NOTICE that on Tuesday, July 8, at 9:45 a.m., or as soon thereafter as I may be heard, I will present the attached Motion to Amend Complaint and Voluntarily Dismiss Plaintiff Lavonne Purkey to Judge Ruben Castillo, in the courtroom usually occupied by him, or to another Judge sitting in his stead, a copy of which is served upon you.

                                          ____/s/ Robert E. Bloch____
                                          One of the attorneys for plaintiffs

Robert E. Bloch
Justin J. Lannoye
DOWD, BLOCH & BENNETT
8 South Michigan Avenue - 19th Floor
Chicago, IL 60603
312-372-1361
rebloch@dbb-law.com
jlannoye@dbb-law.com