IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DEBORAH MAPLES, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07C6725 |
| | ) | |
| v. | ) | **Judge Ruben Castillo** |
| | ) | **Magistrate Judge Nolan** |
| **ILLINOIS BELL TELEPHONE COMPANY,** | ) | |
| | ) | |
| Defendant. | | |

## NOTICE OF FILING

To:  Laura Lindner                             Stephen B. Mead
     Jeremiah Van Hecke                        AT&T Legal Department
     LINDNER & MARSACK, S.C.                   225 W. Randolph Street
     411 E. Wisconsin Ave., #1800              Suite 25A
     Milwaukee, WI 53202                       Chicago, IL 60606
     llindner@lindner-marsack.com              stephen.mead@att.com
     jvanhecke@lindner-marsack.com

PLEASE TAKE NOTICE that on June 30, 2008, the undersigned attorney electronically filed Plaintiffs' Motion for Partial Summary Judgment, Plaintiffs' Statement of Undisputed Material Facts, Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment and in Opposition to Defendant's Motion for Partial Summary Judgment, and Plaintiffs' Response to Defendant's Statement of Undisputed Facts with the United States District Court for the Northern District Court of Illinois, Eastern Division, a copy of which is served upon you via the Court's electronic filing system.

                                              _____/s/ Robert E. Bloch_____
                                              One of the attorneys for plaintiffs

Robert E. Bloch
Justin J. Lannoye
DOWD, BLOCH & BENNETT
8 South Michigan Avenue - 19th Floor
Chicago, IL 60603
312-372-1361
rebloch@dbb-law.com
jlannoye@dbb-law.com