WHM 45:291

## (Administrative Opinions—)
### Management-Employee Meetings

**GRIEVANCE TIME**

Provisions of the Taft-Hartley Act regulating the payments by employer to employee representatives do not affect a prior ruling by the Wage-Hour Administrator that time spent by employees in grievance and collective bargaining meetings during working hours is compensable time worked for the purpose of overtime computation under the Wage-Hour Act.

F. Granville Grimes, Deputy Administrator of the Wage and Hour Division, clarified this point in response to an inquiry by the Bureau of National Affairs, Inc. The text of his statement, dated April 26, 1948, is as follows:

**TEXT OF RULING**

"Several years ago the Administrator of the Wage and Hour Division expressed the opinion that time spent by employees in attendance at meetings of employer and employee representatives engaged in collective bargaining, the discussion of grievances, working conditions, or other such matters, should be regarded as "time worked" where the meeting is held during the regular working hours of the employee [see below].

"Recently the Administrator was asked whether this opinion was still in force in view of the provision of Section 302 of the Labor-Management Relations Act of 1947, which provides:

"'It shall be unlawful for any employer to pay or deliver, or to agree to pay or deliver, any money or other thing of value to any representative of any of his employees who are employed in an industry affecting commerce.'

"The Administrator stated that his earlier opinion still stands. He pointed out that although it is not within his province to make interpretations of the Labor-Management Relations Act of 1947, Section 8(a)(2) of that Act contains a proviso as follows:

"'That subject to rules and regulations made and published by the Board pursuant to Section 6, an employer shall not be prohibited from permitting employees to confer with him during working hours without loss of time or pay', and Section 302(c) of the Labor-Management Relations Act of 1947 provides:

"'The provisions of this section shall not be applicable with respect to any money or other thing of value payable by an employer to any representative who is an employee or former employee of such employer, as compensation for, or by reason of, his services as an employee of such employer.'"

**HANDLING GRIEVANCES**

QUESTION: It is our view that time spent by an employee in discussing his grievances with a foreman and with his departmental steward should be considered as time worked for purposes of the Fair Labor Standards Act. It is also our contention that time spent by employee members of a grievance committee should be considered time worked, whether such meetings and discussions take place during or after regular work hours. Do you agree?

ANSWER: It is the position of the Divisions that time voluntarily spent in grievance conferences during regular working hours pursuant to the established grievance machinery in the plant is considered to be hours worked under the Act irrespective of whether the conference is held with a company representative or with a union representative.

Accordingly, the time spent by individual employees and the grievance committee members in meeting with foremen and other employer representatives and in discussing grievances with union stewards, during the regular working hours of the employees in attendance, should be viewed as hours worked under the Act, when such con-

Copyright 1948 by The Bureau of National Affairs, Inc.

EXHIBIT A

WHM 45:292    WHAT ARE HOURS WORKED

ferences are held as part of the established grievance procedure in the plant. However, it appears that the regular grievance committee meetings are held after working hours, and since I assume that employee participation therein is voluntary, time so spent need not be considered as hours worked under the Act.

Issued Apr. 1946.

---

The following are rulings by the Wage and Hour Administrator, one general and one specific, with respect to payment for time spent in labor-management committee meetings. The first ruling was issued by the Administrator in May, 1942.

"After careful consideration and discussion with representatives of both industry and labor, the Wage and Hour Division, U. S. Department of Labor, has adopted the following policy in dealing with the subject of time spent by an employee in labor-management committee meetings:

"If participation by the employee is voluntary, time spent by him at such meetings need not be considered hours worked when the meetings take place outside regular working hours."

"If such meetings take place during regular working hours, time spent by an employee in attending them is considered hours worked and is, therefore, to be paid for in accordance with the Fair Labor Standards Act."