## CERTIFICATE OF SERVICE

     I, Robert E. Bloch, an attorney, hereby certify that I will cause to be served a copy of this Plaintiffs' Motion for Partial Summary Judgment, Plaintiffs' Statement of Undisputed Material Facts, Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment and in Opposition to Defendant's Motion for Partial Summary Judgment, and Plaintiffs' Response to Defendant's Statement of Undisputed Facts pursuant to FRCP 37(a), via electronic filing on the parties listed below who are eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on June 30, 2008 by first class delivery, with proper postage prepaid.

TO:

| | |
|---|---|
| Laura Lindner | Stephen B. Mead |
| Jeremiah Van Hecke | AT&T Legal Department |
| LINDNER & MARSACK, S.C. | 225 W. Randolph Street |
| 411 E. Wisconsin Ave., #1800 | Suite 25A |
| Milwaukee, WI 53202 | Chicago, IL 60606 |
| llindner@lindner-marsack.com | Stephen.mead@att.com |
| Jvanhecke@lindner-marsack.com | |

                                                                         /s/ Robert E. Bloch_____
                                                        One of the attorneys for plaintiffs