**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH MAPLES, DONNA STONER,** | ) | |
| **GRACE RIVERA,** | ) | |
| **LOUELLA BYRNES, MICHAEL O'CONNOR,** | ) | |
| **and LOCAL UNION No. 21 OF THE** | ) | **No. 07 C 6725** |
| **INTERNATIONAL BROTHERHOOD OF** | ) | |
| **ELECTRICAL WORKERS, AFL-CIO** | ) | |
| | ) | **Judge Castillo** |
| **Plaintiffs,** | ) | **Magistrate Judge Nolan** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ILLINOIS BELL TELEPHONE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**CORRECTED
<u>PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND RESPONSE
TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Plaintiffs DEBORAH MAPLES, DONNA STONER, GRACE RIVERA, LOUELLA

BYRNES, and MICHAEL O'CONNOR, through their attorneys Dowd, Bloch & Bennett, and

pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, hereby move for Partial Summary.  In support of

their Motion, Plaintiffs state as follows:

1.      In the Court's April 10, 2008 Order, it gave Plaintiffs' leave to file a response to

Defendant's motion for partial summary judgment and to file a cross motion for partial summary

judgment.   This Court granted plaintiffs leave to file a brief of 25 pages.

2.      Based on the law and undisputed facts, Plaintiffs are entitled to partial summary

judgment on their claim that their union-paid hours are aggregated with employer-paid hours for

purposes of qualifying for FMLA leave, or alternatively, that plaintiffs' hours spent performing

contract enforcement duties are credited for purposes of qualifying for FMLA leave.

3.      In support of this motion and their response, Plaintiffs have filed a Memorandum of Law, which fully sets forth the bases for its motion, and a Statement of Undisputed Facts, which includes declarations of in support of those facts.

WHEREFORE, for the foregoing reasons and those set forth in the Plaintiffs' memorandum of law, Plaintiffs' request that this Court enter an order granting it partial summary judgment on the Plaintiffs' claims that they are eligible for FMLA leave.

Respectfully submitted,


    s/ Robert E. Bloch
On of the Attorneys for Plaintiffs


Robert E. Bloch
Justin J. Lannoye
Dowd, Bloch & Bennett
8 South Michigan, 19th Floor
Chicago, Illinois  60603
(312) 372-1361