CORRECTED
**<u>CERTIFICATE OF SERVICE</u>**

I, Robert E. Bloch, an attorney, hereby certify that I will cause to be served a copy of this Plaintiffs' Motion for Partial Summary Judgment, Plaintiffs' Statement of Undisputed Material Facts, Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment and in Opposition to Defendant's Motion for Partial Summary Judgment, and Plaintiffs' Response to Defendant's Statement of Undisputed Facts pursuant to FRCP 37(a), via electronic filing on the parties listed below who are eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on June 30, 2008 by first class delivery, with proper postage prepaid.

TO:

Laura Lindner
Jeremiah Van Hecke
LINDNER & MARSACK, S.C.
411 E. Wisconsin Ave., #1800
Milwaukee, WI 53202
llindner@lindner-marsack.com
Jvanhecke@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 W. Randolph Street
Suite 25A
Chicago, IL 60606
Stephen.mead@att.com


　　　　/s/ Robert E. Bloch　　　　
One of the attorneys for plaintiffs