IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MAPLES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07C6725 |
| | ) | |
| ILLINOIS BELL TELEPHONE COMPANY, | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **July 1, 2008**, I electronically filed the Corrected Plaintiffs' Motion for Partial Summary Judgment and Response to Defendant's Motion for Partial Summary Judgment with the Clerk of the Court using the ECF system which will send notification of such filing to Attorney Laura Lindner. This filing is necessary because the clerk determined the electronic filing of the motion that was timely filed via the ECF system on June 30, 2008 was not filed correctly (it was filed with the other associated documents, rather than individually). This corrected motion, aside from its title, is identical to the motion filed on June 30, 2008.

    Respectfully submitted,

      s/ Robert E. Bloch
    One of Plaintiffs' Attorneys

Robert E. Bloch
Justin J. Lannoye
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois 60603
rebloch@dbb-law.com
jlannoye@dbb-law.com