# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Deborah Maples, et al.

Plaintiff,

v.

Case No.: 1:07−cv−06725
Honorable Ruben Castillo

Illinois Bell Telephone Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

MINUTE entry before the Honorable Ruben Castillo:Any objection to Plaintiffs' motion to amend complaint and voluntarily dismiss plaintiff Lavonne Purkey 34] is due on or before 7/14/2008. The Court will rule on 7/16/2008 at 9:30 AM. Motion hearing set for 7/8/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.