IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH MAPLES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 07-C-6725 |
| ) | |
| ILLINOIS BELL TELEPHONE COMPANY, ) | Judge Ruben Castillo |
| ) | |
| Defendant. | |

### DEFENDANT'S RESPONSE
### TO PLAINTIFFS' MOTION TO AMEND COMPLAINT
### AND VOLUNTARILY DISMISS PLAINTIFF LAVONNE PURKEY

Defendant ILLINOIS BELL TELEPHONE COMPANY (d/b/a AT&T Illinois) has no objection to Plaintiffs' Motion to Amend Discovery and Voluntarily Dismiss Plaintiff Lavonne Purkey, filed on June 30, 2008.

Respectfully submitted this 7th day of July, 2008.

ILLINOIS BELL TELEPHONE COMPANY


s/ Jeremiah Van Hecke
One of Its Attorneys

Laura A. Lindner
Jeremiah C. Van Hecke
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
llindner@lindner-marsack.com
jvanhecke@lindner-marsack.com

2

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street
Suite 25A
Chicago, IL 60606
(312) 727-3506
stephen.mead@att.com