IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MAPLES, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07C6725 |
| | ) | |
| ILLINOIS BELL TELEPHONE COMPANY, | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SEVICE**

I hereby certify that on July 7, 2008 I electronically filed Defendant's Response to Plaintiffs' Motion to Amend Complaint and Voluntarily Dismiss Plaintiff Lavonne Purkey with the Clerk of the Court using the ECF system which will send notification of such filing to Attorney Robert Bloch.

July 7, 2008                              Respectfully submitted,

ILLINOIS BELL TELEPHONE COMPANY

s/ Jeremiah C. Van Hecke
One of Its Attorneys

Laura A. Lindner
Jeremiah C. Van Hecke
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
llindner@lindner-marsack.com
jvanhecke@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street, Suite 25A
Chicago, IL 60606
(312) 727-3506
stephen.mead@att.com