IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MAPLES, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07C6725 |
| | ) | |
| ILLINOIS BELL TELEPHONE COMPANY, | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2008 I electronically filed Defendant's Reply Memorandum in Support of its Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment and Defendant's Response to Plaintiffs' Statement of Undisputed Material Facts in Support of their Motion for Partial Summary Judgment with the Clerk of the Court using the ECF system which will send notification of such filing to Attorney Robert Bloch.

July 28, 2008                                   Respectfully submitted,

                                                ILLINOIS BELL TELEPHONE COMPANY

                                                s/ Laura A. Lindner
                                                   One of Its Attorneys

Laura A. Lindner
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
llindner@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street, Suite 25A
Chicago, IL 60606
(312) 727-3506
stephen.mead@att.com