IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH MAPLES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ILLINOIS BELL TELEPHONE )<br>COMPANY, )<br>)<br>Defendant. )<br>)<br>) | Case No. 07-C-6725<br><br>Judge Castillo<br>Magistrate Judge Nolan |

**DEFENDANT'S SUPPLEMENTAL AUTHORITY IN SUPPORT OF
ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, ILLINOIS BELL TELEPHONE COMPANY, by its attorneys, submits the attached supplemental authority in support of its motion for partial summary judgment: *Moldenhauer v. Tazewell-Pekin Consol. Commc'ns Ctr.*, __ F.3d __, 2008 WL 2927018 (7th Cir. July 31, 2008). In the case, the Seventh Circuit addressed what qualifies as a joint-employment relationship under the FMLA – an issue in the above-captioned case. The Seventh Circuit held generally that for a joint-employer relationship to exist, each alleged employer must exercise control over the working conditions of the employee, although the ultimate determination will vary depending on the specific facts of each case and the totality of the circumstances.

Respectfully submitted this 4th day of August, 2008.

           ILLINOIS BELL TELEPHONE COMPANY


         By: s/Laura A. Lindner
            One of Its Attorneys

Laura A. Lindner
Jeremiah C. Van Hecke
LINDNER & MARSACK, S.C.
411 East Wisconsin Ave. – Suite 1800
Milwaukee, WI 53202
Phone:  414-273-3910
Fax:  414-298-9873
llindner@lindner-marsack.com
jvanhecke@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street
Suite 25A
Chicago, IL 60606
(312)727-3506
stephen.mead@att.com