**CERTIFICATE OF SERVICE**

I, Justin J. Lannoye, an attorney, hereby certify that I will cause to be served a copy of this First Amended Complaint, via electronic filing on the parties listed below who are eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on August 11, 2008 by first class delivery, with proper postage prepaid.

TO:

Laura Lindner
Jeremiah Van Hecke
LINDNER & MARSACK, S.C.
411 E. Wisconsin Ave., #1800
Milwaukee, WI 53202
llindner@lindner-marsack.com
Jvanhecke@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 W. Randolph Street
Suite 25A
Chicago, IL 60606
Stephen.mead@att.com

/s/ Justin J. Lannoye
One of the attorneys for plaintiffs