IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH MAPLES, et al.,        ) | |
| ) | |
| Plaintiffs,        ) | |
| ) | |
| v.        ) | Case No. 07C6725 |
| ) | |
| ILLINOIS BELL TELEPHONE COMPANY,        ) | Judge Ruben Castillo |
| ) | |
| Defendant.        | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **August 11, 2008**, I electronically filed Plaintiffs' First Amended Complaint with the Clerk of the Court using the ECF system which will send notification of such filing to Attorney Laura Lindner.

        Respectfully submitted,

        s/ Justin J. Lannoye
        One of Plaintiffs' Attorneys

Robert E. Bloch
Justin J. Lannoye
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois  60603
rebloch@dbb-law.com
jlannoye@dbb-law.com

F:\IBEW L 21\Illinois Bell 07-6725\08.11.08 Filing\IBEW21FMLAAmendedComplaintNOF.wpd